nied. Reported below: 263 F. 3d 165 (first through fourth judgments) and 166 (fifth judgment).

No. 01–5897. NGOC BICH NGUYEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–5903. FULCHER, AKA FERGUSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–5905. FROELICH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–5906. FLORES-GONZALES v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 01–5908. ALMENDAREZ-RODRIGUEZ v. UNITED STATES; CHAVEZ-MENDOZA v. UNITED STATES; CRESPO-DIAZ v. UNITED STATES; GUTIERREZ-VARELA v. UNITED STATES; and HERNANDEZ-PALACIOS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 263 F. 3d 166.

No. 01–5909. MOSLEY v. UNITED STATES; and
No. 01–5980. HERNANDEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 260 F. 3d 621.

No. 01–5919. BARAJAS-AGUILAR v. UNITED STATES; ACEBEDO-PEREZ v. UNITED STATES; ALVAREZ-MADRIGAL v. UNITED STATES; ALVAREZ-MADRIGAL v. UNITED STATES; AMEZCUA-MORALES v. UNITED STATES; ANGUIANO-RAMIREZ v. UNITED STATES; APOLINAR-APOLINAR v. UNITED STATES; AYALA-FAVELA v. UNITED STATES; BACA-CONTRERAS v. UNITED STATES; BASTIAN-PEREZ v. UNITED STATES; ESCOBAR-SOTELO v. UNITED STATES; GARCIA-AGUILAR v. UNITED STATES; GARCIA-PANIAGUA v. UNITED STATES; GOMEZ-CASTILLO v. UNITED STATES; GOMEZ-FONSECA v. UNITED STATES; GONZALEZ-PACHECO v. UNITED STATES; GUZMAN-NAVARRO v. UNITED STATES; GUZMAN-ORDAZ v. UNITED STATES; HEREDIO-MERCADO v. UNITED STATES (Reported below: 10 Fed. Appx. 608); LEDESMA-ACEVES v. UNITED STATES; LEMUS-LEMUS v. UNITED STATES; LEON-CARRILLO v. UNITED STATES; LOPEZ-ARAUJO v. UNITED STATES; LOPEZ-CARILLO v. UNITED STATES; LOPEZ-GUTIERREZ v. UNITED STATES; MARINES MARCIAL v. UNITED STATES; MARTINEZ-SALCEDO v. UNITED STATES; MENDOZA-VILLA v. UNITED STATES; OCHOA-ROMAN v. UNITED STATES; ORTIZ-

RODRIGUEZ v. UNITED STATES; PADILLA-SANCHEZ v. UNITED STATES; PEREZ-SANCHEZ v. UNITED STATES; PORTILLO-SANCHEZ v. UNITED STATES; RIVERA-GONZALEZ v. UNITED STATES; ROMERO-CORTEZ v. UNITED STATES (13 Fed. Appx. 541); RUEDA-FLORES v. UNITED STATES; SANCHEZ-RIVERA v. UNITED STATES; TELLEZ-FLORENCIO v. UNITED STATES; TORRES-RANGEL v. UNITED STATES (20 Fed. Appx. 609); VALDEZ-MEDINA v. UNITED STATES; and VILLA-GASTELO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–5922. WILLIAMS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–5923. TOUSSAINT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–5924. VALLES, AKA MARTINEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–5925. WRIGHT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–5926. THOMAS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–5927. THOMAS v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 01–5937. LEE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–5940. VALDEZ-ROMERO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–5941. McCLOUD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–5942. MUDIE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–5946. ESTUPINAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–5947. TRAYLOR v. UNITED STATES. C. A. 5th Cir. Certiorari denied.